# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

      Plaintiff,                        **Criminal No. 14-32 (ADM/SER)**

v.

Tommy Michael Spack,                  **ORDER**

      Defendant.

Based upon the Report and Recommendation by United States Magistrate Judge Steven E. Rau dated April 23, 2014, all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED:**

1. Spack's Motion for Suppression of Statements [Doc. No. 13] is **DENIED**; and

2. Spack's Motion to Suppress Evidence Obtained through Illegal Search and Seizure [Doc. No. 14] is **DENIED**.

Dated: May 8, 2014

                                                     *s/Ann D. Montgomery*
                                                     Judge Ann D. Montgomery
                                                     United States District Judge